**15-25-00035-CV**

TRIAL COURT CASE NO. _____

|   |   |
|---|---|
| § | IN THE DISTRICT COURT |
| § | FILED IN<br>15th COURT OF APPEALS |
| § | _____ COUNTY, TEXAS |
| § | AUSTIN, TEXAS<br>3/24/2025 11:18:50 AM |
| § | JUDICIAL DISTRICT |
| § | CHRISTOPHER A. PRINE<br>Clerk |

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: _____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment: _____

Name of court reporter: _____

    Address of court reporter: _____

Name of attorney on appeal: _____ SB#: _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney: _____ SB# _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____       By:_____(clerk's initials)

3/13/2025 9:30 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-009050
Victoria Benavides

D-1-GN-24-009050

98th Civil District Court
Travis County District
Texas

Steven J Stringfellow
v
Texas Comptroller Judiciary Section

# Notice of Appeal

1.          Notice of appeal is being filed in this case in response to the Order Granting Defendant's Plea to the Jurisdiction and Alternatively Motion to Dismiss for the following reasons:

2.          Ample evidence was presented showing that the State violated code of law by not processing the Plaintiff's application for compensation for wrongful imprisonment.

3.          The Defendant plead a plea to the jurisdiction based upon sovereign government immunity which was not in line with federal law considering that sovereign civil immunity superseding had already been on the side of the Plaintiff as had been claimed and proven in the exhibits.

4.          The Defendant's plea asserted immunity from prosecution based upon sovereignty, which there exists no code of law for, and so a higher court may perceive that the violation alleged actually did occur considering that such a plea would acknowledge such inadvertently, and so this matter may be heard in an appellate court considering that there was a violation which did technically occur as confirmed by the State's on plea and that a sovereign caveat was arguably in favor of the Plaintiff with the burden of proof having rested away from the Plaintiff under recession's clause per Texas Rules of Evidence, to which no evidence was presented to the contrary, which may be seen as indicating that this Court's judgment was at least perhaps more in error than not considering, under civil preponderance.

I, Plaintiff Steven J Stringfellow, hereby certify that all of the foregoing is true and correct under penalty of law.

Statefully Submitted,

_____ Dated: ___03/06/2025___

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com

---

## Certificate of Service

I certify that a copy hereof has been furnished towards:

Texas Comptroller Judiciary Section
111 E. 17th St.
Austin, TX 78711
(512) 936-5985
Adam.Fellows@cpa.texas.gov
Elena.Bendea@cpa.texas.gov

Texas Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
(512) 463-2100
Anthony.Dolcefino@oag.texas.gov
Sarah.Orr@oag.texas.gov

Return service to:

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98407192
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL
Status as of 3/13/2025 3:24 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Anthony Dolcefino | | Anthony.Dolcefino@oag.texas.gov | 3/13/2025 9:30:01 AM | SENT |
| Sarah Orr | | Sarah.Orr@oag.texas.gov | 3/13/2025 9:30:01 AM | SENT |
| Adam Fellows | | Adam.Fellows@cpa.texas.gov | 3/13/2025 9:30:01 AM | SENT |
| Elena Bendea | | elena.bendea@cpa.texas.gov | 3/13/2025 9:30:01 AM | SENT |
| Steven JacobStringfellow | | thefederalexitparty@gmail.com | 3/13/2025 9:30:01 AM | SENT |